UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TUNGSTEN HEAVY POWDER & PARTS, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  21-cv-1197 W (MDD)<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND DEADLINE FOR LETTER BRIEFS** |

　　　Based on the Court's docket, the pretrial conference set for June 5, 2023, is **CONTINUED** to **July 17, 2023, at 10:00 a.m**.  In preparation for the pretrial conference, the parties shall submit informal letter briefs, not exceeding two single-spaced pages, served on opposing counsel and received in chambers (and not filed in the Clerk's Office) on or before **July 12, 2023**.

Dated:  June 1, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge